# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ID IMAGE SENSING LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 20-136-RGA-JLH |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| OMNIVISION TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

OmniVision respectfully submits the decision in *Roche Diagnostics Corporation v. Meso Scale Diagnostics, LLC*, --- F.4th ---, 2022 WL 1052320 (Fed. Cir. Apr. 8, 2022) (attached as Ex. 1) as precedential supplemental authority in support of its Motion to Strike IIS's March 22, 2022 Infringement Contentions (D.I 108). OmniVision may rely on this case during the discovery dispute teleconference scheduled for April 19, 2022 before the Court.

|  |  |
|---|---|
|  | */s/ Kelly E. Farnan* |
| OF COUNSEL: | Kelly E. Farnan (#4395) |
|  | Valerie A. Caras (#6608) |
| BARACK FERRAZZANO | RICHARDS, LAYTON & FINGER, P.A. |
| KIRSCHBAUM & NAGELBERG, LLC | One Rodney Square |
| David H. Bluestone | 920 N. King St. |
| david.bluestone@bfkn.com | Wilmington, DE 19801 |
| Michael D. Educate | (302) 651-7700 |
| michael.educate@bfkn.com | farnan@rlf.com |
| 200 West Madison Street | caras@rlf.com |
| Suite 3900 | |
| Chicago, Illinois 60606 | *Attorneys for Defendant OmniVision* |
| (312) 984-3100 | *Technologies, Inc.* |

Dated: April 18, 2022